1  DALE A. BLICKENSTAFF - #40681
   Attorney at Law
2  5151 North Palm Avenue, Suite 10
   Fresno, California 93704
3  (559) 227-1515 Telephone
   (559) 221-6557 Facsimile
4

5  Attorney for Defendant, SHEENA MONAE PORTER

6

7                    UNITED STATES DISTRICT COURT
                     EASTERN DISTRICT OF CALIFORNIA
8
                                  * * *
9

10 | UNITED STATES OF AMERICA,       ) Case No. 5:05-mj-00088 TAG
                                     )
11 |         Plaintiff,               ) NOTICE OF MOTION TO
                                     ) VACATE MOTIONS
12 | v.                               ) PREVIOUSLY FILED AND
                                     ) ORDER THEREON
13 | SHEENA MONAE PORTER,             )
                                     )
14 |         Defendant.               ) Date : January 23, 2006
                                     ) Time : 9:00 a.m.
15 |_____) Judge : Theresa A. Goldner

16

17        Defendant intends to enter a guilty plea pursuant to Plea Agreement on Monday, January 23,

18  2006, before Judge Anthony W. Ishii. Defendant hereby requests that motions previously filed in this

    matter be vacated.
19
    DATED:    January 20, 2006       /s/_____
20                                   DALE A. BLICKENSTAFF
                                     Attorney for Defendant, SHEENA MONAE PORTER
21

22

23
                                     It is so Ordered. Dated: 1/27/2006
24

25                                   _____
                                     United States Magistrate Judge
26

27

28
   NOTICE OF MOTION TO VACATE MOTIONS PREVIOUSLY FILED, Case No. 5:05-mj-00088 TAG